## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CR 00-141 S |
| | ) | |
| GREGORY FLOYD | ) | |
| | ) | |

### MOTION TO DISMISS

Pursuant to Rule 12 of the Rules Governing 2255 Proceedings and Fed. R. Civ. P. 41(a)(2), movant Gregory Floyd respectfully moves this Court to dismiss his Motions to Vacate pursuant to 28 U.S.C. § 2255 filed on June 24, 2016 (Dockets #343).

Respectfully submitted,
Gregory Floyd
By his attorney,


/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

### CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Donald Lockhart, Assistant United States Attorney, on May 19, 2017.

/s/ Kevin J. Fitzgerald